**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
*ESTATE INFORMATION SERVICES, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEMINA, individually and on behalf of all others similarly situated, | Case No.: 5:16-cv-00262-PSG-DTB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ESTATE INFORMATION SERVICES, LLC.; DOES 1-100, AND EACH OF THEM. | |
| Defendant(s) | |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

   **PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety.  The parties anticipate that they will complete the settlement and file a stipulation of dismissal within 45 days from the date of this Notice.

\\\

\\\

{00056187;1}

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated: October 20, 2016      s/Adrian R. Bacon
Todd M. Friedman
Adrian R. Bacon
Attorneys for Plaintiff,
*DAVID GEMINA*

**CARLSON & MESSER LLP**

Dated: October 20, 2016      s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*ESTATE INFORMATION SERVICES, LLC*

{00056187;1}

2
**NOTICE OF SETTLEMENT**
Case No. 5:16-cv-00262-PSG-DTB

## ATTESTATION OF SIGNATURES

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated:  October 20, 2016

s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*ESTATE INFORMATION SERVICES, LLC*

{00056187;1}