E-FILED: 12/01/2016
JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEMINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE INFORMATION SERVICES, INC.; DOES 1-100, AND EACH OF THEM.<br><br>Defendant(s) | Case No.: 5:16-cv-00262-PSG-DTB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

The Court has reviewed the Stipulation to Dismiss of Plaintiff DAVID GEMINA and Defendant ESTATE INFORMATION SERVICES, INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

{Gemina [Proposed] Order re Dismissal;1}

IT IS SO ORDERED.

Dated: 11/30/16

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

{Gemina [Proposed] Order re Dismissal;1}

2
**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS**
**CASE NO. 5:16-cv-00262-PSG-DTB**